No. 27.—*In re Ardín,* querellado.— Feb. 28, 1930.

No imputando la querella al querellado hechos cometidos en conexión con el ejercicio de su profesión de abogado, ni la comisión de algún delito que envuelva depravación moral, no ha lugar a proceder.

No. 5235.—Cansobre, aplda., *v.* Bonilla, aplte.—C. D. Ponce. Marzo 5, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

Habiendo el apelante radicado ya la exposición del caso en la corte inferior y no habiéndose demostrado la frivolidad de la apelación interpuesta, se declara sin lugar la moción de desestimación presentada por la parte apelada.

No. 3912.—Pueblo, apldo., *v.* López Solano et al., apltes. —C. D. San Juan. 

A la moción de reconsideración, atendida la naturaleza del delito, y estando ya archivado el alegato, se deja sin efecto la resolución de 19 de febrero último y continúe el recurso tramitándose de acuerdo con la ley.

No. 701.—Russel y Co., Sucrs., S. en C., peticionaria, *v.* Corte de Distrito de Ponce, demandada.— Marzo 11, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

No siendo lo alegado en la petición de *certiorari* que resolvemos materia propia para el recurso que se interpone, no ha lugar a expedir el auto que se interesa.

No. 4005.—Pueblo, apldo., *v.* Vecchini, aplte.—C. D. Guayama. Marzo 11, 1930.

Revocada la sentencia y absuelto el acusado, a petición del fiscal, por estimar el tribunal que no hay prueba suficiente.